1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHINDA NOMESIRI,                          No.  2:20-cv-01440-TLN-KJN

12                  Plaintiff,                  **ORDER**

13        v.

14   U.S. DEPT. OF EDUCATION,

15                  Defendant.

16

17        On December 6, 2021, the magistrate judge filed findings and recommendations (ECF No.

18   20), which were served on the parties and which contained notice that any objections to the

19   findings and recommendations were to be filed within fourteen (14) days.  No objections were

20   filed.  Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United*

21   *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

22   reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

23   1983).

24        The Court has reviewed the applicable legal standards and, good cause appearing,

25   concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly,

26   IT IS HEREBY ORDERED that:

27        1.  The findings and recommendations (ECF No. 20) are ADOPTED IN FULL;

28        2.  Plaintiff's motion for summary judgment (ECF No. 15) is DENIED;

3. Defendant's cross motion for summary judgment (ECF No. 17) is GRANTED;

4. Judgment is entered for Defendant; and

5. The Clerk of Court is directed to CLOSE this case.

DATED:  January 24, 2022

Troy L. Nunley
United States District Judge